Electronically Filed
Supreme Court
SCWC-18-0000099
23-SEP-2024
02:47 PM
Dkt. 57 OCOR

SCWC-18-0000099 AND SCWC-18-0000712

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB,
DOING BUSINESS AS CHRISTIANA TRUST,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT,
Respondent/Plaintiff-Appellee,
vs.
ISABELO PACPACO DOMINGO and MICHELE ELANOR DOMINGO,
Petitioners/Defendants-Appellants,
and
BANK OF AMERICA, N.A. and HALEWILI PLACE COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000099; CAAP-18-0000712; CASE NO. 13-1-202K)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on September 10, 2024, is corrected as follows:

1. On page 2, remove the word "Domingos" so that the sentence reads, "Isabelo Pacpaco Domingo ("Mr. Domingo") and his wife, Michele Elanor Domingo ("Mrs. Domingo"), (collectively, "the Domingos") defaulted on a mortgage refinance loan for their Kailua-Kona property."

2. On page 10, remove the word "in" so that the phrase reads, "which adopted the general rule."

3. On page 12, insert "a" so the text reads, "BBNY was a good faith purchaser."

4. Change two mentions of "Domingos's" on pages 12 and 22 to "Domingos'" for consistency.

5. On page 32, change "is" to "are" so the sentence reads, "that res judicata principles underlying compulsory counterclaims are intended to prevent."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, September 23, 2024.

/s/ Sabrina S. McKenna

Associate Justice

